USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-2042

 CHARLES RICHARDS,

 Plaintiff, Appellant,

 v.

 TRUSTEES OF THE UNIVERSITY OF
 MASSACHUSETTS, AMHERST, ET AL.,

 Defendants, Appellees.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Nancy Gertner, U.S. District Judge]

 Before

 Stahl, Circuit Judge,
 Campbell, Senior Circuit Judge,
 and Lynch, Circuit Judge.
 
 
 
 Charles Richards on brief pro se.
 Geoffrey B. McCullough on brief for appellees Trustees of the
University of Massachusetts, Amherst.
 Robert B. Smith on brief for appellees Trustees of Boston
University.
 Alan D. Rose, Alan D. Rose, Jr. and Rose & Associates on brief
for appellees Trustees of the University of Pennsylvania.
 Donald K. Stern, United States Attorney, and John A. Capin,
Assistant U.S. Attorney, on brief for appellee United States
Department of Education.

June 21, 1999

 
 
 Per Curiam. The judgment of dismissal is summarily
 affirmed on the ground that plaintiff has failed to state a
 claim. See Fed. R. Civ. P. 12(b)(6). We reject the assertion
 that the district court acted "prematurely," and we find in any
 event that plaintiff has had ample opportunity to set forth his
 allegations. Having scrutinized his various submissions, we
 agree, for the reasons enumerated by defendants and relied on
 by the district court, that dismissal was warranted. With all
 of plaintiff's well-pled factual averments accepted as true and
 with all reasonable inferences drawn in his favor, no basis for
 recovery has been established--whether under 42 U.S.C. 1983
 or any of the other cited statutory provisions. See, e.g.,
 Rockwell v. Cape Cod Hosp., 26 F.3d 254, 260-61 (1st Cir. 1994);
 The Dartmouth Review v. Dartmouth College, 889 F.2d 13, 16 (1st
 Cir. 1989).
 Affirmed. See Loc. R. 27.1.